# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GERALD C. MARSHALL, JR.,**
Appellant,

v.

**JACK ROBERT MARSHALL,** individually and as Trustee of
The Gerald C. Marshall Revocable Trust Agreement, as Restated, et al.,

Appellees.

No. 4D21-2976

[June 30, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case Nos. 502019CP001432NB and 502019CP001447NB.

Brett M. Amron and Jamie B. Leggett of Bast Amron LLP, Miami (withdrew after filing initial brief), and Brandon J. Tittle of Tittle Law Group, PLLC, Plano, Texas (withdrew after filing initial brief) for appellant.

Dariel Abrahamy and Mitchell D. Adler of Greenspoon Marder LLP, Boca Raton, for appellee Jack Robert Marshall, individually and as Trustee of the Gerald C. Marshall Revocable Trust Agreement, as Restated.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***